UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-1727 JEM | Date | May 17, 2017 |
|---|---|---|---|
| Title | OMAR H. AL ASAAD v JEFF SESSIONS, et al | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Anthony | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) EXTENSION TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court hereby extends the time for Plaintiff to show cause in writing no later than June 2, 2017, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

● Proof of service of summons and complaint.

cc: Parties

|   | : |
|---|---|
| Initials of Preparer | sa |